IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM WADE CONLEY JR., ) | |
| #1280022, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | 3:07-CV-1743-K |
| ) | |
| NATHANIEL QUARTERMAN, ) | |
| Director, Texas Department of ) | |
| Criminal Justice, Correctional ) | |
| Institutions Division, ) | |
|     Respondent. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Petitioner Objections, filed on April 11, 2008, which the Court has considered and hereby **OVERRULED**.

Further, Petitioner's Motion to Consolidate, filed on April 1, 2008, and Petitioner's Motion for Continuance, filed on April 11, 2008, are hereby **DENIED**.

SO ORDERED.

Signed this 14th day of April, 2008.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE